IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRYAN FOGLE,** | ) |
| Plaintiff, | ) |
| v. | ) CV NO. 05-4071-JPG |
| **UNITED STATES OF AMERICA,** | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   October 12, 2005

NORBERT JAWORSKI, CLERK

 by:s/Deborah Agans
Deputy Clerk

**APPROVED:** s/ J. Phil Gilbert
            **U. S. DISTRICT JUDGE**